*January 8, 1935.*

TRAVELERS INSURANCE COMPANY, Appellant, vs. INDUS-TRIAL COMMISSION and others, Respondents.

For the appellant: *Olin & Butler* of Madison.

For the respondents Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general; Pike River Granite Company: *J. A. Krueger* of Marinette; Indemnity Insurance Company: *Quarles, Spence & Quarles,* attorneys, *Kenneth P. Grubb* and *Jefferson D. Burrus* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

CHAIN BELT COMPANY and another, Appellants, vs. INDUS-TRIAL COMMISSION and others, Respondents.

For the appellants: *Otjen & Otjen* of Milwaukee.

For the respondents Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general; Employers Mutual Liability Insurance Company: *Quarles, Spence & Quarles,* attorneys, *Kenneth P. Grubb* and *Jefferson D. Burrus* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on March 5, 1935.